

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| YOLANDA DIANNE CERECERES,<br><br>Appellant,<br><br>v.<br><br>FRANCISCO CERECERES,<br><br>Appellee. | §<br>§<br>§<br>§<br>§<br>§ | No. 08-20-00092-CV<br><br>Appeal from the<br><br>383rd District Court<br><br>of El Paso County, Texas<br><br>(TC# 2018DCM0285) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Yolanda Dianne Cereceres, has failed to pay the case filing fee, we dismiss the appeal for want of prosecution.

Appellant did not pay the case filing fee of $205.00 when she filed her notice of appeal, and there is nothing in the record before us to indicate Appellant is indigent. The Clerk of the Court sent Appellant two requests for payment of the case filing fee on March 30, 2020, and April 22, 2020. Both letters notified Appellant that failure to pay the case filing fee within twenty days could result in dismissal of the appeal for want of prosecution pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to our notices. Pursuant to Rule 42.3(b) and (c), we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 42.3(b), (c).

August 12, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.